# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DOMINIQUE COLE and JEROME BEASLEY, | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| | ) Case No. 21-CV-4714 |
| vs. | ) <br> ) |
| | ) Judge Thomas M. Durkin |
| RAILWORKS MAINTENANCE OF WAY, INC., | ) <br> ) Magistrate Jeffrey I. Cummings |
| | ) <br> ) |

## JOINT STIPULATION TO DISMISS
## PLAINTIFFS' CLAIMS WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Dominique Cole and Jerome Beasley and Defendant RailWorks Maintenance of Way, Inc., by their respective undersigned counsel, hereby stipulate and agree that this action, and all claims Plaintiffs assert in this action, are dismissed with prejudice, with each party to bear their or its own attorneys' fees and costs.

Dated: July 28, 2022

| **DOMINQUE COLE** <br> **JEROME BEASLEY** | **RAILWORKS MAINTENANCE OF WAY, INC.** |
|---|---|
| /s/ *NaVarrio Wilkerson* <br> Attorney for Plaintiff | /s/ *Jason A. Selvey* <br> One of the Attorneys for Defendant |
| NaVarrio Wilkerson <br> Disparti Law Group <br> 121 W. Wacker Drive <br> Suite 2300 <br> Chicago, Illinois 60601 <br> Tel: (312) 506-5511 ext. 336 <br> Fax: (312) 846-6363 <br> Navarrio@dispartilaw.com | Jason A. Selvey <br> Thanin O. Stewart <br> Jackson Lewis P.C. <br> 150 N. Michigan Avenue, Suite 2500 <br> Chicago, Illinois 60601 <br> Telephone: (312) 787-4949 <br> Facsimile: (312) 787-4995 <br> Jason.Selvey@jacksonlewis.com <br> Thanin.Stewart@jacksonlewis.com |

**CERTIFICATE OF SERVICE**

    The undersigned, an attorney, certifies that on July 28, 2022, he caused a true and correct copy of the foregoing ***Joint Stipulation to Dismiss Plaintiffs' Claims with Prejudice*** to be filed with the Court by electronic filing protocols, and that the same will therefore be electronically served upon all attorneys and parties of record registered with the Court's ECF/CM system.

                                                /s/ *Jason A. Selvey*